# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Responsible Environmental Solutions Alliance <br> *Plaintiff* <br> v. <br> Waste Management, Inc., et al. <br> *Defendant* | Civil Action No.  3:04cv013 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus postjudgment interest at the rate of** _____ **%, along with costs.**

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** that Judgment be entered in favor of Plaintiff and against Defendant Chemical Waste Management, Inc., in the sum of $3,200,000.  Defendant Chemical Waste Management, Inc. is responsible for 49.5% of all reasonable and necessary response costs, consistent with the NCP, which Plaintiff (or its successor) has incurred since February 1, 2009, and incurs in future to complete the RI/FS and to perform any remedy ordered by the U.S. EPA.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☑ **decided by Judge** Walter H. Rice **on a motion for** Dismissal

Date: 02/03/2011

*CLERK OF COURT*

s/ K. Ernst
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__Western__ DIVISION

| | | |
|---|---|---|
| Responsible Environmental Solutions All. | : | |
| *Plaintiff* | : | |
| | : | |
| vs | : | Case Number: 3:04cv013 |
| | : | |
| Waste Management, Inc., et al. | : | |
| *Defendant* | : | |

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on __02/03/2011__.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JAMES BONINI, CLERK

By: __s/ K. Ernst__
Deputy Clerk